**Nikolas PROCELL, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2008–7039.**

United States Court of Appeals, Federal Circuit.

Oct. 10, 2008.

Micah S. Myers, Wilmer Cutler Pickering Hale & Dorr, LLP, of Washington, DC, argued for claimant-appellant. Mark R. Lippman, The Veterans Law Group, of La Jolla, California, for claimant-appellant.

Martin F. Hockey, Jr., Assistant Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E.

---

Davidson, Director. Of counsel on the brief were Ethan G. Kalett, Supervisory Attorney, and Tracey P. Warren, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

RADER, PLAGER, and GAJARSA, Circuit Judges.

#### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* See Fed. Cir. R. 36.